**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2329**
_____

BETTY WOODCOCK,

              Plaintiff – Appellant,

        v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.    Arenda  L.  Wright  Allen, District Judge.  (2:12-cv-00474-AWA-TEM)

_____

Submitted:  June 30, 2014          Decided:  July 14, 2014

_____

Before SHEDD, AGEE, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Daniel S. Jones, LAW OFFICES OF HARRY J. BINDER & CHARLES E. BINDER, P.C., New York, New York, for Appellant. Nora Koch, Acting  Regional  Chief  Counsel,  Victor  Pane,  Supervisory Attorney,  Pong  Chulirashaneekorn,  Assistant  Regional  Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Dana J.  Boente,  Acting  United  States  Attorney,  Joel  Eric  Wilson, Assistant  United  States  Attorney,  Norfolk,  Virginia,  for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Betty Woodcock appeals the district court's order accepting the recommendation of the magistrate judge and affirming the Commissioner's denial of disability insurance benefits. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Woodcock v. Colvin, No. 2:12-cv-00474-AWA-TEM (E.D. Va. Aug. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED